# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT LONNELL SMITH,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>BENJAMIN RHODES, *et al.*,<br><br>　　　　　　　Defendants. | 3:23-cv-00006-ART-CSD<br><br>**ORDER**<br><br>Re: ECF No. 6 |

　　　Before the court is Plaintiff's Motion to Extend Time to File Amended Complaint (ECF No. 6).

　　　**IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Time to File Amended Complaint (ECF No. 6) is **<u>GRANTED</u>** to the extent that Plaintiff shall have to and including **Monday, April 4, 2023**, in which to file an amended complaint pursuant to the court's order of February 2, 2023 (ECF No. 4).

　　　DATED: February 17, 2023.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1