# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ROBERT LONNELL SMITH,

               Plaintiff,

v.

BENJAMIN RHODES, *et al.*,

               Defendants.

3:23-cv-00006-ART-CSD

**ORDER**

Re: ECF No. 9

Before the court is Plaintiff's Second Motion to Extend Time to File Amended Complaint (ECF No. 9). Plaintiff requests a 60-day extension in which to file his amended complaint due to the difficulty Plaintiff has had in trying to obtain documents from the Washoe County Detention Facility. Additionally, Plaintiff states he "has a number of upcoming criminal court appearances that will conclude Plaintiff's stay in the Washoe County Detention Facility." (*Id.* at 2.)

**IT IS HEREBY ORDERED** that Plaintiff's Second Motion to Extend Time to File Amended Complaint (ECF No. 9) is <u>**GRANTED**</u> to the extent that Plaintiff shall have to and including **Monday, June 5, 2023**, in which to file an amended complaint pursuant to the court's order of February 2, 2023 (ECF No. 4). **There shall be no further extensions granted barring unforeseen and extenuating circumstances.**

DATED: March 21, 2023.



UNITED STATES MAGISTRATE JUDGE